1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE YURANI HORTUA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al,<br><br>Respondents. | No. 1:25-cv-01670-TLN-JDP<br><br>**ORDER** |

This matter is before the Court on Petitioner Leslie Yurani Hortua's ("Petitioner") Motion for Preliminary Injunction. (ECF No. 3.) On November 28, 2025, Petitioner filed a combined Motion for a Temporary Restraining Order ("TRO") and Motion for Preliminary Injunction. (*Id.*) Respondents Christopher Chestnut, David Marin, Pam Bondi, and Kristi Noem (collectively, "Respondents") opposed the Court converting Petitioner's motion as one for a preliminary injunction. (ECF No. 7 at 2 n.2.) Based on Respondents' opposition, the Court began by considering Petitioner's motion as one for a temporary restraining order.

On December 9, 2025, the Court granted Petitioner's motion for a TRO and ordered Respondents to show cause why a preliminary injunction should not issue. (ECF No. 11.) In response and despite Respondents' opposition to the Court converting Petitioner's motion into one for a preliminary injunction, Respondents submitted on their previously filed opposition to

1

1  Petitioner's motion for temporary restraining and waived a hearing. (ECF No. 12.)

2  Accordingly, and for reasons stated in the Courts's Order on Petitioner's motion for a
3  temporary restraining order (ECF No. 11), the Court GRANTS a preliminary injunction.
4  Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner
5  absent compliance with constitutional protections, including notice and a hearing before a neutral
6  fact-finder where Respondents show: (a) there are material changed circumstances which
7  demonstrate that there is a significant likelihood of Petitioner's removal in the reasonably
8  foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that
9  Petitioner poses a danger to the community or a flight risk. At any such hearing, Petitioner shall
10 be allowed to have his counsel present.

11  Within ten (10) days of the date of this Order, the parties shall file a joint status report
12 addressing the parties' plan to proceed with this action. The joint status report should address, at
13 minimum, the date and conditions of Petitioner's release, whether parties believe the habeas
14 petition is moot, whether parties anticipate any motions practice.

15  IT IS SO ORDERED.

16 Date: December 19, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE